**MEMO ENDORSED**

# The Carlson Law Firm
ATTORNEYS AND COUNSELORS AT LAW

**PARTNERS**

CRAIG W. CARLSON †
STEVEN N. WALDEN + **
JARED STENBERG 1971–2010
EDNA G. ELIZONDO
VICKI L. CARLSON
MICHAEL G. ERSKINE
JULIE L. PESCHEL
NATHAN P. KENNEDY Ω
KATHRYN L. KNOTTS
STEPHEN S. DUMMITT
DOMINIC M.V. BRAUS *
JAIME M. LYNN
JOHN FABRY ∞
RUTH RIZKALLA ₮
TIMOTHY ROEHRS
WILLIAM G. ROSSICK

**OF COUNSEL**

BRANTLEY W. WHITE
S. REED MORGAN ✦ **
AMOS BARTON
LOUIE COOK
JIM WREN

**OFFICE LOCATIONS**

AUSTIN
BAYTOWN
BRYAN/COLLEGE STATION
CORPUS CHRISTI
KERRVILLE
KILLEEN PRINCIPAL OFFICE
LAREDO
LOS ANGELES
LUBBOCK
MIDLAND
ROUND ROCK
SAN ANGELO
SAN ANTONIO
ST. PETERSBURG
TEMPLE
WACO
WICHITA FALLS

\* BOARD CERTIFIED PERSONAL INJURY TRIAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

\** BOARD CERTIFIED FAMILY LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

LICENSED IN
† TEXAS & NEBRASKA
+ TEXAS, GEORGIA & FLORIDA
Ω TEXAS & COLORADO
∞ TEXAS & SOUTH CAROLINA
₮ CALIFORNIA
✦ TEXAS & LOUISIANA

ALL OTHER ATTORNEYS LICENSED IN TEXAS

100 E. CENTRAL TEXAS EXPY.
KILLEEN, TEXAS 76541
P: (254) 526-5688 | F: (254) 526-8204

May 31, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/24

**Via ECF**
Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Der Boghossian, et al. v. Capella University, LLC, et al.*
      Case No.: 1:24-cv-03007-VEC

Dear Judge Caproni:

We represent the Plaintiffs in connection with the above-referenced action and write jointly with counsel for Defendants Capella University, LLC and Strategic Education, Inc. Pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases, the parties write to jointly request an adjournment of the Initial Pretrial Conference, currently scheduled for June 28, 2024, at 10 a.m. The reason for this request is that counsel for Plaintiffs and Defendants have scheduling conflicts on the scheduled date. The parties respectfully propose the following alternative dates for the Initial Pretrial Conference: July 12 or August 2, 2024. All parties consent to this request and the proposed alternative dates. This is the first request for this relief.

We thank the Court in advance for its time and consideration.

Sincerely,

*/s/ Luis Muñoz*
Luis Muñoz

cc: Defendants' counsel (via ECF)

---

Application GRANTED. The Initial Pretrial Conference scheduled for June 28, 2024 is ADJOURNED to July 12, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint letter must be filed by no later than July 3, 2024. For the required contents of the joint submission, the parties are directed to Dkt. 6.

SO ORDERED.            5/31/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE