USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                            :

NICOLE DER BOGHOSSIAN, ANDRIA L.      :
CONNELL, ERICA BROWNING, ALISHA    :
JNOBAPTIST, DENISE TEJADA, & RAMI YAZAR, :
INDIVIDUALLY AND ON BEHALF OF ALL    :       24-CV-3007 (VEC)
OTHERS SIMILARLY SITUATED,         :
                            :         ORDER
                            :
               Plaintiffs,   :
                            :
       -against-         :
                            :
CAPELLA UNIVERSITY, LLC & STRATEGIC  :
EDUCATION, INC.,              :
               Defendants.  :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 17, 2024, Defendants filed a Motion to Dismiss, *see* Dkt. 19; and

      WHEREAS on July 15, 2024, Plaintiffs filed the First Amended Complaint, *see* Dkt. 28.

      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED as moot in

light of Plaintiffs' Amended Complaint.

      The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 19.


**SO ORDERED.**

**Date:  July 16, 2024**
     **New York, NY**                  **VALERIE CAPRONI**
                               **United States District Judge**