UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICOLE DER BOGHOSSIAN, ANDRIA L.
CONNELL, ERICA BROWNING, ALISHA
JNOBAPTIST, DENISE TEJADA, & RAMI
YAZAR, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

                          Plaintiffs,                  **ORDER**

                      -against-                  24-CV-3007 (VEC)

CAPELLA UNIVERSITY, LLC &
STRATEGIC EDUCATION, INC.,

                          Defendants.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

       A settlement conference was held in this matter on July 30, 2025. No settlement was reached. The Parties are directed to meet and confer, and file a joint letter to Judge Caproni **by August 4, 2025** with any proposed next steps or scheduling adjustments regarding discovery, substantive motions, or trial.

       SO ORDERED.

DATED:   New York, New York
               July 31, 2025

                                                         _____
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge