```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED:  2/13/2026
```

------------------------------------------------------------X
NICOLE DER BOGHOSSIAN, ANDRIA L. :
CONNELL, ERICA BROWNING, ALISHA :
JNOBAPTISTE, AND DENISE TEJADA, :
INDIVIDUALLY AND ON BEHALF OF ALL : 24-CV-3007 (VEC)
OTHERS SIMILARLY SITUATED, :
: ORDER
            Plaintiffs, :
:
      -against- :
:
CAPELLA UNIVERSITY, LLC and :
STRATEGIC EDUCATION, INC., :
:
:
            Defendants. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on February 12, 2026 (Dkt. 88), the parties notified the Court that an agreement was reached on all issues; and

   IT IS HEREBY ORDERED THAT all deadlines are CANCELLED.

   IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case. **The Clerk of Court is further instructed to not terminate the remaining conference scheduled for March 13, 2026.**

   Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

   Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement

agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  February 13, 2026
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**